# Fort Belknap Indian Community



Fort Belknap Agency
656 Agency Main Street
Harlem, Montana 59526-9455
PH: (406) 353-2205
FAX: Council – (406) 353-4541
FAX: Departments – (406) 353 – 2797

Fort Belknap Indian Community
(Tribal Govt.)
Fort Belknap Indian Community
(Elected to administer the affairs of the community and to represent the Assiniboine and the Gros Ventre Tribes of the Fort Belknap Indian Reservation)

February 1, 2022

Mr. Terry Brockie, CEO
Island Mountain Development Group
353 Old Hays Road
Hays, MT 59527
terry.brockie@islandmtn.com

RE:  IMDG Board of Directors

Dear Mr. Brockie;

The Fort Belknap Indian Community Council is requesting the following information:

1. The terms of appointment for Board members Tracy "Ching" King and Christopher "Smiley" Guardipee.

2. The expiration dates of all current Board members.

3. The gross salaries of employees from the CEO, down through the least salaried employee. We are not asking for employee names, but, position and salary.

We are requesting this information by Thursday, February 3, close of business, to be sent to me directly. Thank you in advance for your cooperation.

Sincerely,

JEFFREY STIFFARM
President

xc: FBIC Council

EXHIBIT A