# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| JEFFREY STIFFARM; GENO LEVALDO; DEREK AZURE; BRIAN WING; and CURTIS HORN,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER WEDDLE, and GREENBERG TRAURIG LLP,<br><br>Defendant. | Case No. 4:23-CV-00054-BMM<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice and for good cause appearing, IT IS HEREBY ORDERED that this matter is dismissed with prejudice as fully and finally settled on the merits, with each side to bear their own costs and attorneys' fees.

Dated this 17th day of April, 2024.

_Brian Morris_

Brian Morris
United States District Court Judge